IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **LORNA NEWLIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.: CV-07-1304 |
| | ) |
| **NATIONAL ENTERPRISE SYSTEMS,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff Lorna Newlin, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), and dismisses all claims against the Defendant National Enterprise Systems in the above styled matter, "without predudice", with costs taxed as paid.

WHEREFORE, PREMISES CONSIDERED, the above relief is requested.

RESPECTFULLY, submitted this the 12th day of October,2007.

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36104

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 12th day of October, 2007:

Boyd Gentry
Surdyk, Dowd and Turner
40 North Main St, Suite 1610
Dayton, OH 45423

                s/K. ANDERSON NELMS
                K. ANDERSON NELMS
                P.O. Box 5059
                Montgomery, AL 36103
                Phone: (334) 263-7733
                Fax: (334) 832-4390
                andynelms@jaylewislaw.com
                ASB-6972-E63K
                Counsel for Plaintiff